NEW JERSEY STATE POLICEMEN BENEVOLENT
ASSOCIATION v. TOWN OF MORRISTOWN.

November 12, 1973. Certification to Chancery Division,
Superior Court.

JOSEPH MAHNE v.
GRANGE MAHNE AND ROLF HABERMANN.

December 11, 1973. Certification to Chancery Division, Superior Court.

THE SINGER COMPANY v. LARRY K. GARDNER.

January 16, 1974. Certification to Bergen County District
Court.